EUGENE CASTELLON V. THE STATE.

No. 10786.  Delivered May 4, 1927.

**Wife and Child Desertion—Statement of Facts—Must Be Authenticated.**

Where a record contains what purports to be a statement of facts, but which is not authenticated by the signature of the trial judge, it cannot be considered. In the absence of a statement of facts this court is not in a position to pass upon the merits of bills of exception.

Appeal from the District Court of Bexar County. Tried below before the Hon. Geo. C. Clifton, Judge.

Appeal from a conviction for wife and child desertion, penalty thirty days in the county jail.

The opinion states the case.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is wife and child desertion, punishment fixed at confinement in the county jail for a period of thirty days.

The record contains no statement of facts which this court is

authorized to consider. The document denominated a statement of facts is not authenticated by the signature of the trial judge.

There are several bills of exception complaining of the rulings of the court with reference to various matters of procedure. However, in the absence of a statement of facts this court is not in a position to determine whether the complaints are meritorious or not.

The judgment is affirmed.                    *Affirmed.*